124 F.3d 1301
 William A. Brandt, Jr., Chapter 7 Trustee of Estate of
Southeast Banking Corporation, Southeast Properties, Inc.,
Financial Carriers, Inc., All Other Entities Described in
Exhibit 'A' Attached Hereto, First City Bancorp, Inc., First
Development Corp. of Jacksonville, First National Bank of
Palm Beach, Inc., First Pioneer Corporation, First Plus
Insurance Agency, Inc., Semco Services, Inc., SWQ Holdings,
Inc., Southeast Acquisition Company, Southeast Credit
 NO. 95-4324
 United States Court of Appeals,
Eleventh Circuit.
 Sept 08, 1997
 S.D.Fla., 92 F.3d 1199
 
 1
 DENIALS OF REHEARING EN BANC.